# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re PETER SZANTO,<br><br>    Debtor.<br><br>PETER SZANTO,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA et al.,<br><br>    Defendants. | Case No. 3:14-cv-00322-RCJ<br>Bankr. No. 13-bk-51261-BTB<br><br>**ORDER** |

       Plaintiff–Debtor Peter Szanto has asked the Court to withdraw the reference of his Chapter 11 bankruptcy case in its entirety based upon the alleged bias of the bankruptcy judge. The Court has reviewed the docket in the underlying bankruptcy case and noticed that: (1) the bankruptcy case was dismissed on June 17, 2014; (2) the present motion to withdraw the reference was filed on June 18, 2014; and (3) a notice of appeal was filed on June 19, 2014.  The Court denies the motion to withdraw the reference of the bankruptcy case because the motion was filed after the bankruptcy case was dismissed. *See, e.g.*, *In re Lear Corp.*, 418 B.R. 47, 48 (S.D.N.Y. 2009) (dismissing a motion to withdraw the reference as moot where the bankruptcy court had dismissed the relevant adversary proceeding while the motion was pending).

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Withdraw the Reference (ECF No. 1) is DENIED.

IT IS FURTHER ORDERED that the Motion for Pro Se Litigant to File Electronically (ECF No. 5) is DENIED.

IT IS FURTHER ORDERED that the Clerk shall close the case.

IT IS SO ORDERED.

Dated: This 23rd day of July, 2014.

_____
ROBERT C. JONES
United States District Judge